IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JIHAD I. EVANS                                                                          PLAINTIFF

                    v.                    Civil No. 2:16-CV-02038-PKH-MEF

SHERIFF RON BROWN, CHIEF DEPUTY                              DEFENDANTS
HIM DAMANTE and CAPTAIN SHAWN
FIRESTINE


**JUDGMENT**

        Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

        IT IS SO ADJUDGED this 30th day of August, 2016.


                                                        /s/ P. K. Holmes, III
                                                        HON. P. K. HOLMES, III
                                                        CHIEF U.S. DISTRICT JUDGE